**Order entered October 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00674-CV
## No. 05-21-00675-CV

## IN RE LAWRENCE ALLEN FULLER, Relator

### Original Proceedings from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause Nos. F97-01742-RJ & F97-02170-TJ

## ORDER

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     BILL PEDERSEN, III
JUSTICE